UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN HAYDEN,<br><br>          Plaintiff,<br>v.<br>CHIEF DOCTOR MS. DON, *et al.*,<br><br>          Defendants. | No. CV 18-1842 AB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: <u>May 22, 2019</u>

                                          ANDRÉ BIROTTE JR.
                                          United States District Judge