JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN HAYDEN, | ) | No. CV 18-1842 AB (FFM) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CHIEF DOCTOR MS. DON, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2019

ANDRÉ BIROTTE JR.
United States District Judge